UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANGELA DEWS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-076 |
| | § | |
| AETNA INC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>FINAL DISMISSAL ORDER</u>

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i). Dkt. 10. Upon consideration of the Notice, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims asserted by Plaintiff against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Galveston, Texas, this 22nd day of May, 2018.

George C. Hanks Jr.
United States District Judge